Craig L. Cohen (CC-9293)
The Law Office of Craig L. Cohen, LLC
20 Old Kings Highway
Weston, CT 06883
(203) 227-7972
Attorney for Defendant CAR PARK SYSTEMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FRED ALSTON, AS A TRUSTEE OF LOCAL 272,
LABOR MANAGEMENT PENSION FUNDS AND
LOCAL 272 WELFARE FUND
    Plaintiff,

v.                                                          08-CV-4893 (LAP)

CAR PARK SYSTEMS,
    Defendant.

-------------------------------------------------------------------X

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Craig L. Cohen, Esq. as counsel of record for the defendant in the above-captioned case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

S/_____
Craig L. Cohen, Esq. (CC-9293)
Attorney for defendant Car Park Systems
20 Old Kings Highway
Weston, Connecticut 06883
(203) 227-7972