```
U.S. DISTRICT COURT of the STATE OF NEW YORK                              N
COUNTY OF SOUTHERN-NY                                   Index # 08 CIV 4893
                                                    Date Index # Filed 05/28/08
```

Plaintiff(s)
FRED ALSTON, AS TRUSTEE OF THE LOCAL 272 LABOR-MANAGEMENT
PENSION FUND, ET AL.,

Jeffrey S. Dubin
464 New York Ave.#100
Huntington, NY 11743

- against -                                         AFFIDAVIT

Defendant(s)
CAR PARK SYSTEMS

Court Date:
Your File No:
Our Rec. No: 295664

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Harry Torres LIC#915257, being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen and resides in the State of New York.

That on 06/12/08 at 3:00PM at:

    127 WEST 24TH STREET Floor 5
    NEW YORK, NY  10036

deponent served the within SUMMONS, COMPLAINT, JUDGE'S INDIVIDUAL RULES & INSTRUCTIONS**
on CAR PARK SYSTEMS recipient therein named.

By delivering to and leaving with MS. GARCIA
at 127 WEST 24TH ST., NEW YORK, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30      Approximate Weight: 130      Approximate Height: 5'3
Color of Skin: WHITE         Color of Hair: BROWN         Sex: FEMALE
****AND PROCEDURES & GUIDELINE FOR FILING AN ELECTRONIC CASE

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 06/19/08
Timothy L. Compton #01CO6035895
Notary Public, State of New York
Nassau County, Commission Expires 01/10/2010

Harry Torres LIC#915257