LAW OFFICES OF
# ANDREW J. WEINSTEIN
521 FIFTH AVENUE
SUITE 3300
NEW YORK, NY 10175

TELEPHONE
(212) 582-8900

FACSIMILE
(212) 582-8989

E-MAIL: info@weinstein

August 13, 2008

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

Re: *Alston v. Car Park Systems*;
    08-CIV-4893 (LAP).

Dear Judge Preska:

    I respectfully request that the Court accept this letter application in lieu of a formal motion, pursuant to Local Rule 1.4, seeking court approval for a substitution of counsel for the defendant in the above-captioned. Enclosed please find a consent to change attorneys which is being submitted to the Court to be "so ordered." Substitution is being sought on consent and mutual agreement of proposed withdrawing counsel (Craig Cohen), proposed incoming counsel (myself), and our client defendant Car Park Systems. Other than for the filing of the Complaint and the recent scheduling of an initial case management conference before Magistrate Judge Freeman on September 10, 2008, no other action has taken place in this case (no discovery, motions, etc.). The Court's anticipated courtesy in accommodating this request is greatly appreciated.

*Consent will be granted upon the filing of the required affidavit of circumstances.*

Respectfully submitted,

Andrew J. Weinstein

Encl.
cc: Craig L. Cohen
    Jeffrey S. Dubin, Esq.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*August 14, 2008*