UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Fred Alston, as a Trustee of the LOCAL 272
LABOR-MANAGEMENT PENSION FUND; Fred
Alston, as Trustee of the Local 272 WELFARE
FUND,

                      Plaintiffs,

      - against -

CAR PARK SYSTEMS,

                      Defendant.

08 Civ. 4893 (LAP)

**AFFIRMATION IN SUPPORT OF CONSENT TO CHANGE ATTORNEYS**

------------------------------------------------------------ x

      CRAIG L. COHEN, ESQ., makes the following affirmation under penalty of perjury.

      1.     I am a member of the bar of this court and submit this affirmation in accordance with the Court's August 14, 2008 "so ordered" endorsement of attorney Andrew J. Weinstein's letter, dated August 13, 2008, and in accordance with Local Rule 1.4.

      2.     Substitution is being sought on mutual agreement of withdrawing counsel (myself), incoming counsel, and the client, as evidenced by the consent to change attorneys which has previously been submitted to the Court.

      3.     I had been representing Car Park Systems of New York, Inc. ("CPS") in connection with an audit being conducted by the Plaintiffs. When the instant action was commenced, and given that it related directly to the audit, I filed a notice of appearance on behalf of CPS. On or about July 11, 2008, CPS retained the Law Offices of Andrew J. Weinstein to represent it in connection with the ongoing audit in my place and stead. Given that the instant lawsuit pertains directly to the audit, CPS desires that the Law Offices of Andrew J. Weinstein represent it in connection with the litigation as well.

4. Other than the filing of the Complaint and the recent scheduling of an initial case management conference before Magistrate Judge Freeman on September 10, 2008, no other action has taken place in this case (i.e., no discovery, no motions, etc.). The proposed substitution will not cause any delay in this matter.

5. I declare under penalty of perjury the foregoing is true and correct.

_____
CRAIG L. COHEN, ESQ.